United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>EFREN RODRIGUEZ, SALVADOR GOMEZ OROPEZA, LUIS ENRIQUE CASTILLO, CARLOS ALONSO DOMINGUEZ, NICHOLAS GARCIA, ERNESTO FLORES, JAVIER TORRES NAVARRETE, FRANCISCO MAGANO FERNANDEZ and JESUS LNU,<br><br>Defendants.<br>_____/ | No. CR 03-00156 WHA<br><br>**ORDER RE FURTHER SUPPLEMENTAL STATEMENT** |

Before the hearing Friday, the Court would like to allow defendant Efren Rodriguez to make a further safety-valve statement to meet the government's objections. (The statement may also have a bearing on accepting responsibility and defendant's role in the crimes.)

This order does not rule the existing statement inadequate or adequate. If a further short continuance is needed, the Court will grant it, provided the request is made immediately.

**IT IS SO ORDERED.**

Dated: January 18, 2006

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE