IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>EFREN RODRIGUEZ,<br><br>    Defendant.<br>                                     / | No. CR 03-00156 WHA<br><br>**ORDER RE MOTION TO UNSEAL DOCUMENTS** |

The Court doubts that it has jurisdiction to hear defendant's request to unseal Assistant United States Attorney Barbara Silano's declaration (filed on July 5, 2005). To the extent that this Court has jurisdiction, the request is **DENIED** in light of the confidential nature of the information and defendant's failure to show good cause for disclosure. At all events, the Ninth Circuit can examine the document itself, assuming it was made part of the record.

**IT IS SO ORDERED.**

Dated: July 21, 2008.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE