IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

EFREN RODRIGUEZ,

    Defendant.

No. CR 03-00156 WHA

**REQUEST FOR GOVERNMENT AND PROBATION RESPONSE**

    Defendant Efren Rodriguez has filed a motion requesting a modification of the conditions of his supervised release, to allow him to travel to Mexico. While his motion states that it is unopposed, it contains no signature or official word from the government or from the probation department. The government and probation are requested to respond to defendant's motion by **NOON ON APRIL 8, 2015.**

Dated: April 2, 2015.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE