IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

EFREN RODRIGUEZ,

    Defendant.

 /

No. CR 03-00156 WHA

**REQUEST FOR GOVERNMENT AND PROBATION RESPONSE**

    Defendant Efren Rodriguez has filed a request for early termination of his supervised release. The government and probation are requested to respond **BY NOON ON OCTOBER 21, 2016**.

    **IT IS SO ORDERED.**

Dated: October 11, 2016.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE