IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>EFREN RODRIGUEZ,<br><br>    Defendant.<br>_____/ | No. CR 03-0156 WHA<br><br>**ORDER TERMINATING EFREN RODRIGUEZ'S SUPERVISED RELEASE** |

Defendant has requested early termination of supervised release so that the can do business, obtain licenses, permits, and loans, and visit his family in Mexico (Dkt. No. 512). Neither probation nor the government oppose defendant's request. This order finds that early termination of Efren Rodriguez's supervise is warranted by the conduct of the defendant and the interest of justice. Accordingly, the supervised release term of Efren Rodriguez is hereby **TERMINATED**, effective immediately.

**IT IS SO ORDERED.**

Dated: October 28, 2016.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE